

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV -8  PM 4: 29

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

### NEW ORLEANS DIVISION

| | |
|---|---|
| TARA HOUSE CONDOMINIUM ASSOCIATION, INC., MLB MORTGAGE AND INVESTMENTS, INC. AND MICHAEL L. BROWN | CIVIL ACTION NO. 06-7597 |
| VS. | U.S. JUDGE STANWOOD R. DUVAL, JR. |
| JAMES RIVER INSURANCE COMPANY | MAGISTRATE ALMA L. CHASEZ |

## ORDER

**CONSIDERING THE FOREGOING CONSENT MOTION TO REMAND:**

**IT IS ORDERED** that the Consent Motion to Remand filed by defendant, JAMES RIVER INSURANCE COMPANY, be and hereby is **GRANTED**.

**IT IS FURTHER ORDERED** that this action, "Tara House Condominium Association, Inc., MLB Mortgage and Investments, Inc. and Michael L. Brown vs. James River Insurance Company" No. 06-7597, **BE AND IS HEREBY REMANDED** to the Civil District Court for the Parish of Orleans, State of Louisiana;

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

C.A. 06-7597 "K"

**THUS DONE AND SIGNED** in New Orleans, Louisiana, this 8th day of November, 2006.

                                                                          _____
                                                                          STANWOOD R. DUVAL, JR., JUDGE
                                                                          UNITED STATES DISTRICT COURT